UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. SHATTUCK,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GREY GLOBAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO. CV 09 2095 EDL<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND**<br><br>Action Filed: May 13, 2009 |

Having read and considered the Stipulation of the parties, and good cause appearing therein,

IT IS HEREBY ORDERED that Defendants The Prudential Insurance Company of America and Grey Global Group, Inc. Long Term Disability Plan's time to answer, move or otherwise respond to Plaintiff's Complaint is hereby extended to and including June 24, 2009.

Dated: June 15, 2009

By: _____
Magistrate Judge Elizabeth D. Laporte

IT IS SO ORDERED
Judge Elizabeth D. Laporte