*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. SHATTUCK,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GREY GLOBAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　　　　　Defendants. | CASE NO.  CV 09 2095 EDL<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE, IN PART**<br>**[FED. R. CIV. P. 12(b)(6) and 12(f)]**<br><br>Action Filed:  May 13, 2009 |

　　　　Before this Court on August 4, 2009, came on for hearing Defendants The Prudential Insurance Company of America ("Prudential") and Grey Global Group, Inc. ("Grey Global," collectively "Defendants") Motion to Dismiss and Motion to Strike ("Motion"), Plaintiff Jeffery H. Shattuck's ("Plaintiff") Second and Third Causes of Action, and items six and seven of Plaintiff's prayer for relief, as set forth in his Complaint in this action.

　　　　Prudential's Motion was heard on August 4, 2009, before Honorable Elizabeth D. Laporte in this Court.

　　　　The Court, having considered the parties' papers regarding the Motion and hearing oral argument, hereby GRANTS, in part, and DENIES, in part, Defendants' Motion, as follows:

　　　　**IT IS HEREBY ORDERED** that

　　　　1.　　　　Plaintiff's Second Cause of Action for Breach of Fiduciary Duty is dismissed with

-1-

-2-

prejudice because Plaintiff's claim is solely for his individual benefit and not for the benefit of the Plan, and Plaintiff has an adequate remedy at law under ERISA in his First Cause of Action for Recovery of Benefits;

2. Defendants' Motion to Dismiss Plaintiff's Third Cause of Action for Failure to Produce Documents is denied;

3. Item six of Plaintiff's prayer for relief, for the removal of Prudential as Plan fiduciary, is stricken from the Complaint with prejudice because there is no predicate act for this request for relief; and

4. Defendants' Motion to Strike Plaintiff's item seven from the prayer for relief, for an injunction preventing future termination of Plaintiff's benefits, is denied.

**IT IS SO ORDERED.**

DATED: August 12, 2009



_____
Magistrate Judge Elizabeth D. Laporte