UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. SHATTUCK,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GREY GLOBAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | Case No.  CV-09 02095 EDL<br><br>**[~~PROPOSED~~] AMENDED CASE MANAGEMENT ORDER** |

　　　Following the submission of the Joint Case Management Statement by Plaintiff Jeffrey H. Shattuck and Defendants The Prudential Insurance Company of America and Grey Global Group, Inc. Long Term Disability Plan and the parties' appearance at the August 25, 2009 Case Management Conference, the Court orders as follows::

　　　1.　　　The parties shall meet and confer regarding the applicable standard of review and the appropriateness of discovery in this case.  The parties shall meet

and confer regarding the applicable standard of review and the appropriateness of discovery in this case. By September 11, 2009, the parties will file either a joint stipulation as to the standard of review and appropriateness of discovery, or a joint stipulation requesting a hearing date for cross-motions on the standard of review and discovery issues. The cross-motions shall address the applicable standard of review and appropriateness of discovery; Plaintiff's cross-motion shall set forth the discovery requested (including depositions requested) and the deadlines in which to conduct such discovery. Should the parties fail to submit a joint stipulation regarding the standard of review and discovery issues by September 11, 2009, the Court shall set a hearing date for such cross-motions.

2. A court trial pursuant to Rule 52 of the Federal Rules of Civil Procedure shall be held on April 27, 2010 before this Court. The parties shall submit cross-motions for judgment according the following briefing schedule:

| Date | Deadline |
|---|---|
| February 23, 2010 | Last date for Plaintiff to file Motion for Judgment |
| March 9, 2010 | Last day for Defendants to file Opposition to Plaintiff's Motion for Judgment/Cross-Motion for Judgment |
| March 23, 2010 | Last day for Plaintiff to file Opposition to Defendants' Cross-Motion for Judgment/Reply In Support of Plaintiff's Motion for Judgment |
| April 6, 2010 | Last day for Defendants to file Reply In Support of Defendants' Cross-Motion for Judgment |

All briefs submitted according to the above briefing schedule shall not exceed 25 pages.

IT IS SO ORDERED.

Dated: September 3, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge