1  ARNOLD R. LEVINSON (SBN: 066583)
   REBECCA GREY (SBN: 194940)
2  BRIAN H. KIM (SBN: 215492)
   PILLSBURY & LEVINSON, LLP
3  600 Montgomery Street, 31st Floor
   San Francisco, CA 94111
4  Telephone:  (415) 433-8000
   Facsimile:  (415) 433-4816
5  E-mail: alevinson@pillsburylevinson.com; rgrey@pillsburylevinson@com
   bkim@pillsburylevinson.com
6
   Attorneys for Plaintiff
7  JEFFERY H. SHATTUCK

8  TAD A. DEVLIN (SBN: 1903555)
   SHANNON L. ROSS (SBN: 205714)
9  GORDON & REES LLP
   275 Battery Street, Suite 2000
10 San Francisco, CA  94111
   Telephone: (415) 986-5900
11 Facsimile:  (415) 986-8054

12 Attorneys for Defendants
   THE PRUDENTIAL INSURANCE COMPANY
13 OF AMERICA AND GREY GLOBAL GROUP, INC. LONG TERM DISABILITY PLAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY H. SHATTUCK,<br><br>    Plaintiff,<br> vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, GREY GLOBAL GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | CASE NO.  CV 09 2095 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING STANDARD OF REVIEW AND DISCOVERY** |

The parties, by and through their counsel of record, hereby stipulate and agree that the *de novo* standard of review applies to Plaintiff Jeffrey Shattuck's claim for long-term disability benefits.  The parties further stipulate and agree not to conduct discovery beyond the administrative claim record.

1

It is so stipulated.

DATED: September 22, 2009                PILLSBURY & LEVINSON, LLP

By: ___/s/_____
    Arnold R. Levinson
    Rebecca Grey
    Brian H. Kim
    Nina Wasow.
    Attorneys for Plaintiff
    JEFFREY H. SHATTUCK

DATED: September 22, 2009                GORDON & REES LLP

By: _____/s/_____
    Tad A. Devlin
    Shannon L. Ross
    Attorneys for Defendants
    THE PRUDENTIAL INSURANCE COMPANY
    OF AMERICA AND GREY GLOBAL GROUP,
    INC. LONG TERM DISABILITY PLAN

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the Court will review Plaintiff's claim for long-term disability benefits *de novo* and no discovery will be permitted.

IT IS SO ORDERED.

DATED: September 25, 2009

_____
Magistrate [IT IS SO ORDERED — Judge Elizabeth D. Laporte]

*Seal: United States District Court, Northern District of California*

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1057657/7056284v.1